

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on September 19, 2022. On the once-extended due date, Appellant noted the reporter's record on file was for a motion for continuance, not the trial. Appellant moved for a second extension of time to file the brief until the trial transcript is filed.

The appellate record was not yet complete. The reporter's record was filed on October 6, 2022. *See* TEX. R. APP. P. 38.6(a).

Appellant's brief is due on October 26, 2022. *See* TEX. R. APP. P. 38.6(a).

We remind Appellant and the Department that the children's "need for permanence is the paramount consideration for the child[ren]'s present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays will hinder this court in its duty. *See In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a)); *see also* TEX. R. JUD. ADMIN. 6.2(a) (180-day disposition requirement).

Therefore, absent extraordinary circumstances, **no further motions for extension of time to file Appellant's brief will be granted**. Heavy trial and appellate caseloads, without more, are not extraordinary circumstances. *See McIlhargey v. Hager*, No. 13-21-00288-CV, 2022 WL 1251061, at *3 (Tex. App.—Corpus Christi–Edinburg Apr. 28, 2022, pet. denied) (mem. op.); *Hubbard v. State*, 649 S.W.2d 167, 169 (Tex. App.—Dallas 1983, no pet.).

FILE COPY

It is so **ORDERED** on October 12, 2022.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT